**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS JAMES SATTERFIELD,<br><br>             Plaintiff,<br><br>      v.<br><br>SAN JOAQUIN COMMUNITY HOSPITAL, et al.,<br><br>             Defendants. | CASE No. 1:13-cv-01788-DLB (PC)<br><br>ORDER STRIKING MOTION TO PROCEED IN FORMA PAUPERIS FROM RECORD FOR LACK OF SIGNATURE<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS<br><br>(ECF No. 2)<br><br>THIRTY-DAY DEADLINE |

      Plaintiff, a state prisoner proceeding pro se pursuant to 42 U.S.C. § 1983, filed a complaint in this action on November 4, 2013. Along with his compliant, Plaintiff also submitted an unsigned motion to proceed in forma pauperis. (ECF No. 2.) Unsigned documents cannot be considered by the Court, and Plaintiff's motion to proceed in forma pauperis shall be stricken the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

      Accordingly, IT IS HEREBY ORDERED that:

      1.     Plaintiff's unsigned motion to proceed in forma pauperis, filed November 4, 2013, is STRICKEN FROM THE RECORD;

      2.     The Clerk's Office shall send to Plaintiff the form for application to proceed in forma pauperis;

      3.     Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

**4.      Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **November 7, 2013**                    /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE

2