# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS JAMES SATTERFIELD<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COMMUNITY HOSPITAL AND DR .DAVID KENAMORI<br><br>Defendant. | Case No.  1:13-cv-01788-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>(ECF No. 9) |

Plaintiff James Lewis Satterfield is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 26, 2013, Plaintiff filed a motion to commence discovery pursuant to Federal Rules of Civil Procedure 26. (ECF No. 9.)

The discovery phase of this litigation is not yet open.  Plaintiff is directed to paragraph eight of the Court's First Informational Order, filed November 3, 2013. (ECF No. 3.)  In that order, Plaintiff was specifically informed that he may not conduct discovery until Defendants file an answer and the Court issues the discovery order.

Accordingly, Plaintiff's motion to commence discovery is hereby DENIED.

IT IS SO ORDERED.

Dated:   **August 11, 2014**              /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE

1