# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS JAMES SATTERFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COMMUNITY HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01788 DLB PC<br><br>ORDER DISMISSING PLAINTIFF'S REQUEST FOR STATUS OF SERVICE<br><br>[ECF No. 13] |

　　　　Plaintiff is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

　　　　On November 4, 2013, Plaintiff filed a civil rights complaint. The complaint is currently pending screening by the Court. On June 13, 2014, Plaintiff filed the instant motion regarding status of his case. Plaintiff states he is trying to ascertain if there is anything he can do to assist in the task of serving the Defendants. Plaintiff is advised that his actions are premature. The complaint must first be screened before Defendants may be served. 28 U.S.C. § 1915A(a). Once the complaint is screened, and if the Court determines that service of the complaint on Defendants is warranted, Plaintiff will be given the proper forms and instructions for completion of service.

　　　　The Court is aware that the instant complaint is pending. Plaintiff is informed that the

1

Court acts to resolve all pending cases in the most efficient manner possible. The Court's docket of pending cases is substantial and the Court must act first on those matters that have been pending the longest.

Accordingly, Petitioner's request for status of service is DENIED as premature.

IT IS SO ORDERED.

Dated:   **September 10, 2014**                    /s/ Dennis L. Beck
                                                                       UNITED STATES MAGISTRATE JUDGE